EOD 7/28/00

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

FILED-CLERK
U.S. DISTRICT COURT
00 JUL 28 AM 10: 08
TX EASTERN-BEAUMONT
BY ___

| | | |
|---|---|---|
| EDMARK INDUSTRIES SDN.BHD. | § | |
| VS. | § | NO. 1:00-CV-486 |
| VICTOR KHUBANI AND AJIT KHUBANI | § | |

### ORDER OF DISMISSAL

On this day came on to be considered the plaintiffs' Notice of Dismissal under Rule 41(a)(1), FED. R. CIV. P.

It is, accordingly, ORDERED, ADJUDGED and DECREED that the above entitled and numbered cause is hereby DISMISSED without prejudice.

SIGNED this 28th day of July 2000.

HOWELL COBB
UNITED STATES DISTRICT JUDGE